UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

KIM LLOYD BIGGE                          CIVIL ACTION NO. 6:18-cv-01404

VERSUS                                   JUDGE JUNEAU

COMMISSIONER OF THE                      MAGISTRATE JUDGE HANNA
SOCIAL SECURITY
ADMINISTRATION

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 26th day of August 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE